# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTWYNE WHALEY, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-CV-4324 |
| : | |
| WELLS FARGO, *et al.*, : | |
| *Defendants*. : | |

## ORDER

AND NOW, this 29th day of March, 2023, upon consideration of Plaintiff Antwyne Whaley's *pro se* Amended Complaint (ECF No. 10) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**